**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

AHMED HUSSEIN,

        **Plaintiff.**

      **v.**
                                   **Case No. 1:25-cv-00073-AW-MAF**

UNIVERSITY OF FLORIDA BOARD OF
TRUSTEES,

        **Defendant.**

## NOTICE OF SETTLEMENT

      PLEASE TAKE NOTICE that Ahmed Hussein ("Plaintiff") and University of Florida Board of Trustees ("Defendant"), hereby notify the Court that the Parties have reached a settlement and are in the process of completing the settlement agreement and filing dismissal papers. The Parties anticipate filing dismissal papers within 60 days.

      Dated this 29th day of December, 2025.

                                        **/s/ *Travis P. Lampert***
                                        **TRAVIS P. LAMPERT, ESQ.**
                                        SULAIMAN LAW GROUP LTD.
                                        2500 South Highland Ave., Suite 200
                                        Lombard, IL 60148
                                        (630) 575-8181
                                        tlampert@atlaslawcenter.com
                                        *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 29th day of December, 2025, a true and correct copy foregoing has been provided electronically via CM/ECF, electronic mail and/or U.S. mail to all parties of record.

                                          **/s/ *Travis P. Lampert***
                                        **TRAVIS P. LAMPERT, ESQ.**